UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RODNEY L. GARROTT,

          Petitioner,

v.

PAT GLEBE,

          Respondent.

CASE NO. C13-887 BHS

ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME

This matter comes before the Court on Petitioner's motion for enlargement of time to file objections (Dkt. 18).

On October 11, 2013, Petitioner filed the instant motion requesting additional time to file objections to the Report and Recommendation ("R&R"). *Id*. The Court finds that good cause exists to grant the motion. Therefore, objections, if any, must be filed by November 22, 2013 and the R&R is renoted for consideration on the Court's November 29, 2013 calendar.

**IT IS SO ORDERED.**

Dated this 4th day of November, 2013.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

ORDER